AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, Mark E. | United States District Court, N. D. Fla. | 07/07/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

111 N. Adams Street
Tallahassee, FL 32301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▨▨▨▨▨ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Cash Asset Account | A | Interest | K | T | | | | | |
| 2. Bank of America Bank Accounts | A | Interest | N | T | | | | | |
| 3. American Commerce Bank (formerly Pro Bank) Accounts | A | Interest | L | T | | | | | |
| 4. _____ - Capital Account | | None | M | T | | | | | |
| 5. SPDR Trust Series 1 (SPY) | A | Dividend | K | T | | | | | |
| 6. Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 7. SPDR Trust Series 1 (SPY) | A | Dividend | K | T | | | | | |
| 8. Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 9. The Walt Disney Company | A | Dividend | J | T | | | | | |
| 10. 529 College Savings Plan #1 (College Save Growth PTF) | A | Int./Div. | M | T | | | | | |
| 11. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 12. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 13. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 14. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 15. | | | | | Sold (part) | 04/29/15 | L | A | |
| 16. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 17. | | | | | Buy (add'l) | 06/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 19. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 20. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 21. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 22. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 23. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 24. 529 College Savings Plan #1 (College Save Money Mkt PTF) | A | Interest | L | T | Buy | 04/29/15 | L | | |
| 25. 529 College Savings Plan #2 (College Save Growth PTF) | A | Int./Div. | N | T | | | | | |
| 26. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 27. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 28. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 29. | | | | | Buy (add'l) | 04/06/15 | J | | |
| 30. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 31. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 32. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 33. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 34. | | | | | Buy (add'l) | 09/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 36. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 37. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 38. Morgan Stanley Retirement Account #1 (Listed Individually below) | | | | | | | | | |
| 39. Morgan Stanley Bank Cash Account (Retirement Account #1) | A | Interest | J | T | | | | | |
| 40. IShares MSCI EAFE ETF (EFA) (Retirement Account #1) | A | Dividend | K | T | | | | | |
| 41. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 42. IShares Russell 3000 ETF (IWV) (Retirement Account #1) | A | Dividend | K | T | | | | | |
| 43. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 44. | | | | | Sold (part) | 04/29/15 | J | A | |
| 45. SPDR DJIA Trust (DIA) (Retirement Account #1) | A | Dividend | K | T | | | | | |
| 46. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 47. SPDR Trust Series 1 (SPY) (Retirement Account #1) | A | Dividend | K | T | | | | | |
| 48. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 49. | | | | | Sold (part) | 04/29/15 | J | A | |
| 50. Vanguard Mid-Cap ETF Index (VO) (Retirement Account #1) | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 51. Vanguard Small Cap ETF (VB) (Retirement Account #1) | A | Dividend | J | T | Buy | 04/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley Retirement Account #2 (Listed Individually below) | | | | | | | | | |
| 53. Morgan Stanley Bank Cash Account (Retirement Account #2) | A | Interest | J | T | | | | | |
| 54. IShares MSCI EAFE ETF (EFA) (Retirement Account #2) | A | Dividend | K | T | | | | | |
| 55. IShares Russell 3000 ETF (IWV) (Retirement Account #2) | A | Dividend | K | T | | | | | |
| 56. | | | | | Sold (part) | 04/29/15 | J | A | |
| 57. SPDR DJIA Trust (DIA) (Retirement Account #2) | A | Dividend | K | T | | | | | |
| 58. SPDR Trust Series 1 (SPY) (Retirement Account #2) | A | Dividend | K | T | | | | | |
| 59. | | | | | Sold (part) | 04/29/15 | J | A | |
| 60. Vanguard Mid-Cap ETF Index (VO) (Retirement Account #2) | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 61. Vanguard Small Cap ETF (VB) (Retirement Account #2) | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 62. Morgan Stanley Retirement Account #3 (Listed Individually below) | | | | | | | | | |
| 63. Morgan Stanley Bank Cash Account (Retirement Account #3) | A | Interest | J | T | | | | | |
| 64. IShares MSCI EAFE ETF (EFA) (Retirement Account #3) | A | Dividend | K | T | | | | | |
| 65. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 66. IShares Russell 3000 ETF (IWV) (Retirement Account #3) | A | Dividend | K | T | | | | | |
| 67. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 68. | | | | | Sold (part) | 04/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR DJIA Trust (DIA) (Retirement Account #3) | A | Dividend | K | T | | | | | |
| 70. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 71. SPDR Trust Series 1 (SPY) (Retirement Account #3) | A | Dividend | K | T | | | | | |
| 72. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 73. | | | | | Sold (part) | 04/29/15 | J | A | |
| 74. Vanguard Mid-Cap ETF Index (VO) (Retirement Account #3) | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 75. Vanguard Small Cap ETF (VB) (Retirement Account #3) | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 76. Fidelity Retirement Account #4 (Listed Individually below) | | | | | | | | | |
| 77. FID Contrafund K (Retirement Account #4) | E | Dividend | O | T | | | | | |
| 78. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 79. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 80. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 81. GS Midcap Value Inst (Retirement Account #4) | E | Dividend | N | T | | | | | |
| 82. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 83. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 84. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 85. Alzgi Nfj Smcpvl Is (Retirement Account #4) | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 87. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 88. Dodge & Cox Intl Stk (Retirement Account #4) | B | Dividend | M | T | | | | | |
| 89. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 90. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 91. Fmmt Retire Gov II (Retirement Acct#4) (Formely named Fid Retire Mmkt) | A | Dividend | J | T | | | | | |
| 92. T. Rowe Price Investment Account (Listed Individually Below) | | | | | | | | | |
| 93. T. Rowe Price Equity Index 500 | B | Dividend | M | T | | | | | |
| 94. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 95. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 96. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 97. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 98. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 99. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 100. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 101. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 102. | | | | | Buy (add'l) | 09/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 104. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 105. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 106. T. Rowe Price Retirement 2035 | D | Dividend | M | T | | | | | |
| 107. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 108. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 109. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 110. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 111. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 112. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 113. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 114. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 115. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 116. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 117. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 118. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 119. T. Rowe Price Prime Reserve | A | Dividend | | | Sold | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 01/15/15 | J | | |
| 121. | | | | | Sold (part) | 02/17/15 | J | | |
| 122. | | | | | Sold (part) | 03/16/15 | J | | |
| 123. | | | | | Buy (add'l) | 04/07/15 | L | | |
| 124. | | | | | Sold (part) | 04/15/15 | J | | |
| 125. | | | | | Sold (part) | 05/15/15 | J | | |
| 126. | | | | | Sold (part) | 06/15/15 | J | | |
| 127. | | | | | Sold (part) | 07/15/15 | J | | |
| 128. | | | | | Sold (part) | 08/17/15 | J | | |
| 129. | | | | | Sold (part) | 09/15/15 | J | | |
| 130. | | | | | Sold (part) | 10/15/15 | J | | |
| 131. | | | | | Sold (part) | 11/16/15 | J | | |
| 132.　　　　　Defined Cash Balance Plan | A | Interest | K | T | Buy | 01/01/15 | J | | |
| 133. Florida Prepaid College Plan #1 | | None | J | T | | | | | |
| 134. Florida Prepaid College Plan #2 | | None | J | T | | | | | |
| 135. Morgan Stanley (Investment Account #1 - Listed Individually below) | | | | | | | | | |
| 136. Morgan Stanley Bank Cash Account (Investment Account #1) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares Iboxx S H/Y Cor BD ETF (HYG) (Investment Account #1) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 138. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 139. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 140. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 141. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 142. IShares MSCI EAFE ETF (EFA) (Investment Account #1) | A | Dividend | K | T | Buy | 05/21/15 | J | | |
| 143. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 144. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 145. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 146. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 147. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 148. IShares MSCI Japan ETF (EWJ) (Investment Account #1) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 149. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 150. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 151. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 152. IShares MSCI PAC Ex-Jpn ETF (EPP) (Investment Account #1) | A | Dividend | J | T | Buy | 06/19/15 | J | | |
| 153. | | | | | Buy (add'l) | 07/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 155. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 156. IShares Russell 2000 Grwth ETF (IWO) (Investment Account #1) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 157. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 158. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 159. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 160. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 161. IShares Russell 2000 Value ETF (IWN) (Investment Account #1) | A | Dividend | J | T | Buy | 06/19/15 | J | | |
| 162. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 163. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 164. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 165. IShares Russell Midcap G ETF (IWP) (Investment Account #1) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 166. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 167. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 168. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 169. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 170. IShares Russell Midcap V ETF (IWS) (Investment Account #1) | A | Dividend | J | T | Buy | 06/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 172. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 173. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 174. IShares S&P 500 Grwth ETF (IVW) (Investment Account #1) | A | Dividend | K | T | Buy | 05/21/15 | J | | |
| 175. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 176. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 177. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 178. | | | | | Buy (add'l) | 08/26/15 | K | | |
| 179. IShares S&P 500 VAL ETF (IVE) (Investment Account #1) | A | Dividend | K | T | Buy | 05/21/15 | J | | |
| 180. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 181. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 182. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 183. | | | | | Buy (add'l) | 08/26/15 | K | | |
| 184. Powershares ETF TR DYNA Buybk (PKW) (Investment Account #1) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 185. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 186. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 187. | | | | | Buy (add'l) | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 189. Vanguard FTSE Europe ETF (VGK) (Investment Account #1) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 190. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 191. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 192. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 193. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 194. Vanguard REIT ETF (VNQ) (Investment Account #1) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 195. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 196. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 197. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 198. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 199. Vanguard Total Bond Market (BND) (Investment Account #1) | A | Dividend | J | T | Buy | 06/19/15 | J | | |
| 200. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 201. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 202. Eaton Vance Glb Mcro ABS Reti (EIGMX) (Investment Account #1) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 203. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 204. | | | | | Buy (add'l) | 07/16/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 206. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 207. Wisdomtree Europe Hedged Equity (HEDJ) (Investment Account #1) | A | Dividend | | | Buy | 09/24/15 | J | | |
| 208. | | | | | Sold | 10/20/15 | J | | |
| 209. IShares Core MSCI Emerging (IEMG) (Investment Account #1) | A | Dividend | | | Buy | 05/21/15 | J | | |
| 210. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 211. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 212. | | | | | Sold | 08/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 07/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On Part VII, line 91 the description of the asset was changed to "Fmmt Retire Gov II" from "Fid Retire Mmkt"which was the description of the asset on the 2014 financial disclosure. They are the same asset and only the name changed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544